

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


BOBBY JOE REICKENBACKER                CIVIL ACTION

VERSES                                 NO. 00-301

BURL CAIN, WARDEN                      SECTION "B" (2)


## JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant petition for §2254 relief is **DISMISSED** as untimely filed.

New Orleans, Louisiana, this 28th day of September, 2001.


_____
UNITED STATES DISTRICT JUDGE


DATE OF ENTRY
SEP 2 8 2001

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
    Doc.No. 9